IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CEASER,<br><br>      Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>      Defendants.<br>_____/ | No.  CIV.S-05-1540 DFL DAD PS<br><br><u>ORDER DIRECTING CLERK TO SEND MATERIALS FOR SERVICE AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u> |

       This proceeding was referred to the undersigned by Local Rule 72-302(c)(21).  By previous order the court granted plaintiff's application to proceed in forma pauperis under 28 U.S.C. § 1915 and dismissed plaintiff's pro se complaint with leave to amend. Plaintiff now has filed an amended complaint.

       Liberally construed, plaintiff's amended complaint alleges a violation of his civil rights by defendants Pasty Turner and Dave Jakabosky, two parole officers based in Woodland, California.  The amended complaint alleges that defendants used excessive force during

1

an encounter with plaintiff at a local parole office and thereafter conspired to cover-up the incident.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue process and send plaintiff an instruction sheet for United States Marshal service of process, along with a USM-285 form and a summons form for each defendant for whom service is authorized, as well as a copy of plaintiff's endorsed filed amended complaint.

2. Plaintiff shall follow the instructions, submitting the completed materials for service and a copy of this order directing service to the United States Marshal. Plaintiff shall submit the necessary materials to the United States Marshal within thirty (30) days of being served with this order.

3. Within thirty (30) days of receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants Pasty Turner and Dave Jakabosky only. As to defendants California Department of Corrections and Rehabilitation; California Department of Corrections and Rehabilitation Management Team; City of Woodland; and Woodland Police Department the undersigned finds that the amended complaint fails to state a claim upon which relief can be granted. Therefore, service as to those defendants is not authorized at this time.

DATED: May 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\ceaser1540.ifp.serve

2