IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR CEASER,

      Plaintiff,                    No. CIV S-05-1540 DFL DAD PS

    vs.

CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.               ORDER
_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On September 12, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed September 12, 2006, are adopted in full; and

1

2. Defendants' motion to dismiss is granted and this entire action is dismissed as barred by the applicable statute of limitations.

DATED: 3/7/2007

_____
DAVID F. LEVI
United States District Judge

2